# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **JUAN EDUARDO COLON MARRERO**<br>SSN xxx-xx-9827<br>**JUANA MARIA CORREA QUINONES**<br>SSN xxx-xx-4452<br>Debtor(s) | CASE NO: **22-00979-MCF**<br><br>**Chapter 13** |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **04/04/2022**

Days From Petition Date: **71**

910 Days Before Petition: **10/07/2019**

Chapter 13 Plan Date: **04/04/2022** ☐ Amended

This is Debtor(s) 2 (Debtor) 1 (joint Debtor) Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____   Amount: $ _____

First Meeting Date: **05/05/2022 at 2:00PM**

341 Meeting Date: **06/14/2022 at 9:40AM**

Confirmation Hearing Date: **05/27/2022 at 2:15PM**

Plan Base: **$28,500.00**   Plan Docket #**4**

This is the 1 scheduled meeting.

Total Paid In: **$0.00**

---

*APPEREANCES: ☐ Telephone ☑ Video Conference

Debtor: ☑ Present ☐ Absent ☑ ID & Soc. OK      Joint Debtor: ☑ Present ☐ Absent ☑ ID & Soc. OK

☑ Examined ☐ Not Examined under Oath      ☑ Examined ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present ☑ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☑ Creditor(s) Present      ☐ None

BPPR- RIVERA; FIRST BANK - COLON, ESQ.

---

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$4,000.00**   Paid Pre-Petition: **$132.00**   Outstanding (Through the Plan): **$3,868.00**

---

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor's/s' Commitment Period: ☑ Under Median Income 36 months   ☐ Above Median Income 60 months §1325(b)(1)(B)
Projected Disposable Income: $ N/A

☐ The Trustee cannot determine debtor's/s' commitment period at this time.

Liquidation Value: $ 0.00   Estimated Priority Debt: $ 0.00

**If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00**

The Trustee:   ☐ NOT OBJECTS   ☒ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: 0 %

§341 Meeting   ☐ CONTINUED   ☐ NOT HELD   ☒ CLOSED

☐ HELD OPEN FOR ____ DAYS until _____ pursuant to 1308. After this date the meeting is deemed CLOSED.

§341 Meeting Rescheduled for:_____

Comments:
_____

*CREDITOR(S) ORAL OBJECTIONS [LBR 3015-2 (c)(4)]
-The following creditor(s) present at this meeting made oral objection(s) to the proposed plan.

- First Bank is requesting equal monthly payments to creditor.

*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

[1325(a)(4)] Plan fails Creditors Best Interest Test.

- Trustee objects Debtor exemption over the real property because he does not have an interest over the property. This property only belongs to joint debtor.

[1325(a)(6)] Insufficiently Funded – Plan funding insufficient to comply with plan scheduled distribution or no sufficient information to determine it.

The minimum base needed totals approximately $28,600.00.

*OTHER COMMENTS / OBJECTIONS

NONE.

/s/ Jose R. Carrion, Esq.          Meeting Date: Jun 14, 2022
    Trustee

/s/ Mayra Arguelles, Esq., Presiding Officer

Last Docket Verified: 14   Last Claim Verified: 12   **Case Administrator:   Nannette Godreau**