## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: <br><br> JUAN EDUARDO COLON MARRERO <br> XXX-XX-9827 <br><br> JUANA MARIA CORREA QUINONES <br> XXX-XX-4452 <br><br> Debtor(s) | Case No.: 22-00979 (MCF) <br><br> Chapter 13 |

**TRUSTEE'S OBJECTION TO CLAIMED EXEMPTIONS**

TO THE HONORABLE COURT:

**NOW COMES** José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

1. On April 4, 2022, Debtors filed Schedule C of the Bankruptcy Petition (**Docket 1**) and included, among others, the following exemptions under 11 U.S.C. §522:

| | | |
|---|---|---|
| Urb. Villa Caliz I <br> 1 Verdad Street <br> Caguas PR 00727 <br> The Joint-Debtor owns a 50% property interest in a residential real property located at Urb. Villa Caliz I, 1 Verdad Street Caguas Puerto Rico; the other 50% is owned by Sucesion Guillermo Ramos | 522(d)(1) | $36,000.00 |

2. The meeting of creditors was held on June 14, 2022 (Docket 15).

1

3. Section §522(d)(1) of the Bankruptcy Code, known as the homestead exemption, provides that each debtor may exempt up to $27,900.00 of his or her aggregate interest in the value of their residence.

4. As stated, the only debtor with an aggregate interest in the abovementioned property is Joint Debtor Juana Maria Correa Quinones, with a value of 50 percent. The other 50 percent belongs to Sucesion Guillermo Ramos. Debtor Juan Eduardo Colon Marrero does not have an aggregate interest in the property located in Villa Caliz, Caguas and, thus, cannot claim an exemption over the same.

5. Since Joint Debtor Juana Maria Correa Quinones is the only one entitled to claim an exemption, the total amount that can be claimed under 11 U.S.C. §522(d)(1) over the said property is $27,900.00.

6. In light of the above, the Trustee objects the exemption taken under 11 U.S.C. §522(d)(1) over the property in Villa Caliz, Caguas, as to the excess amount of $8,100.00.

**WHEREFORE** the Trustee respectfully prays that an order be entered denying the Debtor's claimed exemptions as set out above.

**14 DAYS NOTICE:** The Debtor(s) is hereby notified that unless an opposition to this objection is submitted in writing within **14** days from the date appearing in the certificate of

service, infra, the Court may grant this motion without the need of an actual hearing.

RESPECTFULLY SUBMITTED

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification TO all CM/ECF participants, including Debtor's attorney and I further certify that I have mailed this document by First Class Mail postage prepaid to debtors, at their mailing address of record Urb. Villa Caliz I, 1 Calle Verdad, Caguas, P.R. 00727.

In San Juan, Puerto Rico, this 24th day of June, 2022.

**By: /s/ Alexandra Rodríguez Díaz, Esq.**
**Staff Attorney**
USDC No. 224311

**/s/ José R. Carrión**

**JOSE R. CARRION**
CHAPTER 13 TRUSTEE

**P.O. Box 9023884**
San Juan, P.R. 00902-3884
Tel (787) 977-3535

```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>JUAN EDUARDO COLON MARRERO<br>JUANA MARIA CORREA QUINONES<br><br>        DEBTOR (S) | CASE NO. 22-00979-MCF<br><br>CHAPTER 13 |

                    AFFIDAVIT FOR DEFAULT JUDGEMENT
                      PURSUANT TO SECTION 201(b)(4)
                OF THE SERVICEMEMBERS CIVIL RELIEF ACT OF 2003


    I , Nilda Muniz , clerk for the Chapter 13 & 12 Trustee's Office,   declare under penalty of perjury, the following:

    That according to the enclosed certification, provided by the Department of Defense Manpower Data Center (DMDC), the Debtor(s) is (are) not in active duty or under call to active duty as a member(s) of the Army, Navy or Air Forces of the United States of America; the National Guard; the Public Health Service or the National Oceanic and Atmospheric Administration.

To certify the above statement I sign this affidavit,

    In San Juan, Puerto Rico, June 24, 2022.



                            _____



# Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-9827 |
| Birth Date: | |
| Last Name: | COLON MARRERO |
| First Name: | JUAN |
| Middle Name: | EDUARDO |
| Status As Of: | Jun-24-2022 |
| Certificate ID: | GW4F8PVJ1P55FNJ |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods.  Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

Department of Defense Manpower Data Center

Results as of : Jun-24-2022 02:47:19 PM

SCRA 5.13



# Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-4452 |
| Birth Date: | |
| Last Name: | CORREA QUINONES |
| First Name: | JUANA MARIA |
| Middle Name: | |
| Status As Of: | Jun-24-2022 |
| Certificate ID: | Q3P0BMKV6XMXVTY |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

| 22-00979-MCF | CERTIFICATE OF MAILING |
|---|---|

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | JUAN EDUARDO COLON MARRERO<br>URB VILLA CALIZ I<br>1 CALLE VERDAD<br>CAGUAS, PR 00727 |
| AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | AT&T MOBILITY PR<br>PO BOX 192830<br>SAN JUAN, PR 00919-2830 |
| BANCO POPULAR DE PR<br>PO BOX 366818<br>SAN JUAN, PR 00936 | CAPITAL ONE BANK (USA) NA<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118 | CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 40213-3439 |
| CITIBANK NA<br>5800 S CORPORATE Pl<br>SIOUX FALLS, SD 57108-5027 | CLARO<br>PO BOX 360998<br>SAN JUAN, PR 00936-0998 |
| COMENITY BANK<br>PO BOX 182273<br>COLUMBUS,, OH 43218-2273 | DIRECT TV<br>PO BOX 71413<br>SAN JUAN, PR 00936-8513 |
| EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902 | EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902 |
| FIRST BANK OF PR<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | LUMA ENERGY<br>PO BOX 364267<br>SAN JUAN,, PR 00936-4267 |
| MIDLAND CREDIT MANAGEM<br>320 E BIG BEAVER RD<br>TROY,, MI 48083-1238 | MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN, MI 48090 |

| | |
|---|---|
| MIDLAND CREDIT MANAGEMENT PR LLC<br>PO BOX 190819<br>SAN JUAN, PR  00919 | PORTFOLIO RECOV ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK,, VA  23502-4952 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK, VA  23541 |
| PREMIER BANKCARD LLC<br>JEFFERSON SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD, MN  56302-9617 | PREMIER BANKCARD LLC<br>JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 |
| RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | RODRIGUEZ FERNANDEZ LAW OFFICES<br>PO BOX 71418<br>SAN JUAN, PR  00936-8518 |
| SEARS/CBNA<br>PO BOX 6217<br>SIOUX FALLS,, SD  57117-6217 | SYNCB/TJX COS<br>PO BOX 965015<br>ORLANDO,, FL  32896-5015 |
| SYNCHRONY BANK<br>C/O OF PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA  23541 |

DATED:  June 24, 2022

Yaraliz Cora
OFFICE OF THE CHAPTER 13 TRUSTEE