IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JUAN EDUARDO COLON MARRERO
JUANA MARIA CORREA QUIÑONES

CASE NO. 22-00979/MCF

CHAPTER 13

DEBTORS

## NOTICE OF PARTIAL VOLUNTARY DISMISSAL
### as to JOINT DEBTOR JUANA MARIA CORREA QUINONES

TO THE HONORABLE COURT:

NOW COME, **JUAN EDUARDO COLON MARRERO and JUANA MARIA CORREA QUINONES,** the Debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. On April 4, 2022, the Debtors filed for protection under Chapter 13 of the Bankruptcy Code, 11 USC §§1301 et seq., in the above captioned case.

2. The Joint-Debtor, Juana Maria Correa Quiñones, respectfully requests a partial voluntary dismissed as to Joint Debtor Juana Maria Correa Quiñones, in the present bankruptcy case. 11 U.S.C. §1307.

3. There have been no prior cases and no prior conversions.

**WHEREFORE**, Juana Maria Correa Quiñones the Joint-Debtor in the above captioned case, very respectfully requests this Honorable Court enter an Order dismissing the present bankruptcy case as to the Joint-Debtor Juana Maria Correa Quiñones.

**IT IS HEREBY CERTIFIED,** that on this same date a copy of the present motion was filed with the Clerk of the Court using the CM/ECF system which will send notification to Jose R Carrion, Chapter 13 Trustee; US Trustee's Office; and I also certify that a copy of this motion was sent via regular US Postal Mail to: Juan Eduardo Colon Marrero and Juana Maria Correa Quinones, Urb Villa Caliz I 1 Verdad Street, Caguas PR 00727, the Debtors in

the present case, and to all creditors and parties in interest appearing in the attached master address list.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 13th day of July, 2022.

*/s/Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC 203614
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
787-744-7699/787-963-7699
Email: rfc@rfigueroalaw.com

Certifico que he leído esta Moción y que la misma ha sido redactada de acuerdo a nuestras instrucciones, habiendo sido advertido por nuestro abogado de las consecuencias legales que esto implica. En Caguas, Puerto Rico, hoy 13 de julio de 2022.

_____
JUANA MARIA CORREA QUINONES

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 22-00979-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Wed Jul 13 11:49:05 AST 2022 | FIRSTBANK PUERTO RICO<br>C/O MARIA M BENABE RIVERA ESQ<br>PO BOX 9146<br>SANTURCE, PR 00908-0146 | PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Amex<br>PO Box 981537<br>El Paso, TX 79998-1537 |
| At&T<br>PO Box 192830<br>San Juan, PR 00919-2830 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | (p)PUERTO RICO TELEPHONE COMPANY DBA CLARO PR<br>PO BOX 360998<br>SAN JUAN PR 00936-0998 | Comenity Capital Bank<br>PO Box 182273<br>Columbus, OH 43218-2273 |
| Direct TV<br>Road 887 Esq 848<br>Carolina, PR 00983 | FIRSTBANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION - (CODE 248)<br>PO BOX 9146, SAN JUAN PR 00908-0146 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| Gordon's Jewelers<br>PO Box 659819<br>San Antonio, TX 78265-9119 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)LUMA ENERGY<br>REVENUE PROTECTION<br>PO BOX 364267<br>SAN JUAN PR 00936-4267 |
| Midland Credit Managem<br>320 E Big Beaver Rd<br>Troy, MI 48083-1238 | Midland Credit Management PR LLC<br>PO Box 190819<br>San Juan, PR 00919-0819 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Portfolio Recov Assoc<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502-4952 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 |
| (p)RODRIGUEZ FERNANDEZ LAW OFFICE LLC<br>ATTN ISLAND PORTFOLIO AS SERVICER OF FAIRWAY ACQUI<br>P O BOX 361110<br>SAN JUAN PR 00936-1110 | Sears/Cbna<br>PO Box 6217<br>Sioux Falls, SD 57117-6217 | Syncb/Jc Penney Pr<br>PO Box 965007<br>Orlando, FL 32896-5007 |
| Syncb/Pearle Vision<br>C/o<br>PO Box 965036<br>Orlando, FL 32896-5036 | Syncb/Walmart<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Syncb/Walmart<br>PO Box 965024<br>Orlando, FL 32896-5024 |

| | | |
|---|---|---|
| Syncb/tjx Cos<br>PO Box 965015<br>Orlando, FL 32896-5015 | Synchrony Bank<br>PO Box 105972<br>Atlanta, GA 30348-5972 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Webbank/fingerhut<br>13300 Pioneer Trl<br>Eden Prairie, MN 55347-4120 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| JUAN EDUARDO COLON MARRERO<br>URB VILLA CALIZ I 1 VERDAD STREET<br>CAGUAS, PR 00727 | JUANA MARIA CORREA QUINONES<br>URB VILLA CALIZ I 1 VERDAD STREET<br>CAGUAS, PR 00727 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Claro<br>PO Box 360998<br>San Juan, PR 00936-0998 | Luma Energy<br>PO Box 364267<br>San Juan, PR 00936 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |
| Rodriguez Fernandez Law Offices, P.S.C.<br>PO Box 71418<br>San Juan, PR 00936-8518 | End of Label Matrix<br>Mailable recipients 39<br>Bypassed recipients 0<br>Total 39 | |