IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>JUAN EDUARDO COLON MARRERO<br><br>xx-xx-9827<br>　　　　Debtor(s) | CASE NO. 22-00979-MCF13<br>Chapter 13 |

FILED & ENTERED ON MAR/18/2024

ORDER

The motion filed by Debtor requesting extension of time (docket #63) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18 day of March, 2024.

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge